**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | C.A. No. 1:18-cv- |
| | ) | |
| v. | ) | |
| | ) | (Superior Court of the State of |
| FEDERAL INSURANCE | ) | Delaware, |
| COMPANY, THE NORTH RIVER | ) | C.A. No. N18C-01-366 EMD [CCLD]) |
| INSURANCE COMPANY, and | ) | |
| RSUI INDEMNITY COMPANY, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Federal Insurance Company ("Federal"), The North River Insurance Company ("North River"), and RSUI Indemnity Company ("RSUI") (collectively, "Defendants") hereby remove to this Court the action commenced by Plaintiff Pfizer Inc. ("Plaintiff or "Pfizer") in the Superior Court for the State of Delaware, as C.A. No. N18C-01-366 EMD [CCLD]. As grounds for the removal of this action, Defendants state as follows:

1. Pfizer filed its Complaint in this action on January 31, 2018. On February 6, 2018, Defendants agreed to accept service of the Complaint. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

2. This insurance coverage action is subject to the original jurisdiction of this Court under 28 U.S.C. § 1332(a)(1) and is therefore a proper subject of removal pursuant to 28 U.S.C. § 1441(a).

**AMOUNT IN CONTROVERSY EXCEEDS $75,000**

3. This is a civil action in which the matter in controversy exceeds the value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Defendants each issued an excess executive and organization liability insurance policy to Pfizer (the "Insurance Policies"). Pfizer seeks coverage under the Insurance Policies for a $400 million settlement of an underlying securities class action, *Jones v. Pfizer, Inc.*, No. 10cv3864 (S.D.N.Y.) (the "Jones Action"). Pfizer alleges that Defendants owe the full limits of the Insurance Policies, which total $30 million, for the settlement of the *Jones* Action. Thus, the jurisdictional amount required under 28 U.S.C. § 1332(a) is satisfied.

**COMPLETE DIVERSITY OF CITIZENSHIP EXISTS**

4. There is complete diversity of citizenship between the parties. As required by 28 U.S.C. § 1441(b)(2), none of the Defendants is a citizen of Delaware, where this action was brought.

5. Plaintiff Pfizer is a corporation that is organized under the laws of Delaware and maintains its principal place of business in New York. Pfizer therefore is a citizen of Delaware and New York.

6. Defendant Federal is a corporation organized and existing under the laws of Indiana and maintains its principal place of business in New Jersey. Federal therefore is a citizen of Indiana and New Jersey.

7. Defendant North River is a corporation organized and existing under the laws of New Jersey and maintains its principal place of business in New Jersey. North River therefore is a citizen of New Jersey.

8. Defendant RSUI is a corporation organized and existing under the laws of New Hampshire and maintains its principal place of business in Georgia. RSUI therefore is a citizen of New Hampshire and Georgia.

9. Accordingly, there is complete diversity of citizenship between Plaintiff Pfizer (citizen of Delaware and New York), on the one hand, and Defendants (citizens of Indiana, New Jersey, New Hampshire, and Georgia), on the other hand.

## ALL PROCEDURAL REQUIREMENTS ARE SATISFIED

10. In accordance with 28 U.S.C. § 1446, true and correct copies of Plaintiff's Complaint and the process served upon Defendants are attached, respectively, as Exhibits A and B. Defendants represent that, apart from the materials attached as Exhibits A and B, respectively, they have received no other process, pleadings, motions, or orders in this action.

11. Pfizer filed this action in the Superior Court of the State of Delaware. Because the State Court in which the action is pending is within the District and Division in which this Court sits, pursuant to 28 U.S.C. § 1446(a), this action is being removed to this Court.

12. This Notice of Removal is timely filed within thirty (30) days of February 6, 2018, the date on which Defendants accepted service of a copy of Pfizer's Complaint.

13. All Defendants have consented to removal, and this Notice of Removal is filed on behalf of all Defendants.

14. In accordance with 28 U.S.C. § 1446(d), written notice regarding the filing of this Notice of Removal, and a copy thereof, is being provided to counsel for Pfizer, and a copy of this Notice is being served upon the Clerk of the Superior Court for the State of Delaware.

15. By filing this Notice of Removal, Defendants expressly reserve and do not waive any and all rights and defenses relative to Pfizer's Complaint that are available to Defendants

under Rule 12 and all other Rules of the Federal Rules of Civil Procedure, the Insurance Policies, and/or applicable law.

16. Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants respectfully remove this action from the Superior Court of the State of Delaware to this Court, and request that this Court issue such orders and process as may be necessary to preserve its jurisdiction over this matter.

        **DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*_____
    Thaddeus J. Weaver (Id. No. 2790)
    One Customs House
    704 King Street, Suite 500
    P.O. Box 1031
    Wilmington, DE  19899
    (302) 571-8867 (telephone)
    (302) 655-1480 (facsimile)
    tweaver@dilworthlaw.com

Dated:  February 13, 2018
    *Attorneys for Defendants Federal Insurance Company, The North River Insurance Company, and RSUI Indemnity Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of February 2018, in accordance with Fed. R. Civ. P. 5, I caused true and correct copies of the foregoing Notice of Removal to be served *via* hand delivery upon the following:

> Kenneth J. Nachbar, Esquire
> John P. DiTomo, Esquire
> Barnaby Grzaslewicz, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899
>
> *Attorneys for Plaintiff Pfizer Inc.*

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
    Thaddeus J. Weaver (Id. No. 2790)
    One Customs House
    704 King Street, Suite 500
    P.O. Box 1031
    Wilmington, DE  19899
    (302) 571-8867 (telephone)
    (302) 655-1480 (facsimile)
    tweaver@dilworthlaw.com

*Attorneys for Defendants Federal Insurance Company, The North River Insurance Company, and RSUI Indemnity Company*

Dated:  February 13, 2018