## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 1:18-cv-00251-GMS |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| THE NORTH RIVER INSURANCE | ) | |
| COMPANY, and RSUI INDEMNITY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Notice hereby is given that Plaintiff Pfizer Inc. voluntarily dismisses with prejudice its claims against Defendant Federal Insurance Company in this action pursuant to F.R.C.P. 41(a)(1)(A)(i), each party to bear its own fees and costs.

DATED: March 20, 2018

Of Counsel:
Robin L. Cohen
Adam Ziffer
McKool Smith, P.C.
One Bryant Park, 47th Floor
New York, NY  10036
rcohen@mckoolsmith.com
aziffer@mckoolsmith.com

*/s/ John P.* DiTomo
Kenneth J. Nachbar (#2067)
John P. DiTomo (#4850)
Barnaby Grzaslewicz (#6037)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
jditomo@mnat.com
bgrzaslewicz@mnat.com

*Counsel for Pfizer Inc.*