## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) C.A. No.: 1:18-cv-00251-CFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF DEPOSITION OF JOSEPH** |
| FEDERAL INSURANCE COMPANY, ) | **P. CONNORS, JR., ESQ.** |
| THE NORTH RIVER INSURANCE ) | |
| COMPANY, and RSUI INDEMNITY ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**TO:**   Thaddeus J. Weaver, Esq.
　　　　Dilworth Paxson LLP
　　　　tweaver@dilworthlaw.com

　　　　*Counsel for Defendant*
　　　　*North River Insurance Company*

　　　　Copernicus Gaza, Esq..
　　　　Traub Lieberman Straus & Shrewsberry LLP
　　　　cgaza@tlsslaw.com

　　　　*Of Counsel*

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, counsel for Plaintiff Pfizer Inc. ("Plaintiff") will take the oral deposition of Joseph P. Connors, Jr., Esq., Claim Specialist, Management and Protection Services Claims, Crum & Forster, on May 23, 2019 or a date mutually agreed upon at 10:00 AM, at the offices of McKool Smith, P.C., 1 Bryant Park, 47th Floor, New York, NY 10036.  Pursuant to Fed. R. Civ. P. 28, the deposition shall be conducted by an officer authorized by the laws of the State of New York to administer oaths, and shall continue from day to day until completed.  Plaintiff may, at its option, videotape any

depositions taken at any time in this action, in addition to the court reporter's stenographic record.

Dated: April 25, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ *Barnaby Grzaslewicz*
Kenneth J. Nachbar (No. 2067)
John P. DiTomo (No. 4850)
Barnaby Grzaslewicz (No. 6037)
1201 North Market St., 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200 – Telephone
(302) 658-3989 – Facsimile
knachbar@mnat.com
jditomo@mnat.com
bgrzaslewicz@mnat.com

*Attorneys for Plaintiff Pfizer Inc.*

OF COUNSEL:
Robin L. Cohen (admitted *pro hac vice*)
Adam Ziffer (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
Denise N. Yasinow (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
(212) 402-9400 – Telephone
(212) 402-9444 – Facsimile
rcohen@mckoolsmith.com
aziffer@mckoolsmith.com
mladd@mckoolsmith.com
dyasinow@mckoolsmith.com