IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> THE NORTH RIVER INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 1:18-cv-00251-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pfizer Inc. and Defendant The North River Insurance Company, through their respective counsel, hereby jointly stipulate to the dismissal of this action with prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *John P. DiTomo*
Kenneth J. Nachbar (#2067)
John P. DiTomo (#4850)
Barnaby Grzaslewicz (#6037)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Fax: (302) 658-3989
knachbar@mnat.com
jditomo@mnat.com
bgrzaslewicz@mnat.com

DILWORTH PAXSON LLP

/s/ *Thaddeus J. Weaver*
Thaddeus J. Weaver (Id. No. 2790)
One Customs House
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 571-8867 (Telephone)
(302) 655-1480 (Facsimile)
tweaver@dilworthlaw.com

*Of Counsel*:

Robin L. Cohen
Adam S. Ziffer
Marc T. Ladd
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Tel: (212) 402-9400
rcohen@mckoolsmith.com
aziffer@mckoolsmith.com
mladd@mckoolsmith.com

*Attorneys for Plaintiff Pfizer Inc.*

*Of Counsel*:

Copernicus T. Gaza
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Seven Skyline Drive
Hawthorne, NY 10532
Tel: (914) 347-2600
Fax: (914) 347-8898
cgaza@tlsslaw.com

*Attorneys for Defendant The North River Insurance Company*

September 30, 2019

SO ORDERED this 30th day of September, 2019

_____
UNITED STATES DISTRICT JUDGE

2